## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### Fort Myers Division
www.flmb.uscourts.gov

In re:                                                            Chapter 11

M.S. ACQUISITIONS & HOLDINGS, LLC                                 Case No. 22-00341-FMD

     Debtor.
_____/

### NOTICE OF FILING 11 U.S.C. § 1116(1)(A) REQUIREMENTS

    M.S. Acquisitions & Holdings, LLC, the debtor and debtor-in-possession, by and through undersigned counsel, gives notice of filing the attached 2021 Profit and Loss Statement.

    Respectfully submitted on April 1, 2022.

                                                **EDELBOIM LIEBERMAN REVAH PLLC**
                                                *Proposed Counsel for the Debtor*
                                                20200 W. Dixie Highway, Suite 905
                                                Miami, FL 33180
                                                Telephone: (305) 768-9909
                                                Facsimile: (305) 928-1114
                                                Email: brett@elrolaw.com

                                                */s/ Brett Lieberman*
                                                Brett D. Lieberman, Esq. (FBN 69583)

# M.S. Acquisitions & Holdings
# Profit and Loss
### January - December 2021

|  | Total |
|---|---:|
| **Income** | |
|   Advertising Revenue Mega | 27,303.00 |
|   Interest Income | 220.75 |
|   Shareholder Investment | 293,954.26 |
|   tax refund | 205.88 |
| **Total Income** | **$ 321,683.89** |
| **Gross Profit** | **$ 321,683.89** |
| **Expenses** | |
|   Automobile Expense | 7,812.00 |
|   Bank Service Charges | 1,217.75 |
|   bookkeeping Expense | 6,485.00 |
|   Business Licenses and Permits | 2,198.75 |
|   Charitable Contributions | 204.91 |
|   Cleaning | 400.00 |
|   **Computer and Internet Expenses** | |
|     IT Services | 18,179.45 |
|   **Total Computer and Internet Expenses** | **$ 18,179.45** |
|   FL Taxes | 50.00 |
|   Insurance Expense | 1,603.31 |
|   Interest Expense | 20,600.95 |
|   Legal Expenses | 78,386.52 |
|   Meals and Entertainment | 1,915.34 |
|   Medical Expenses | 999.00 |
|   Merchant Fees | 551.00 |
|   Office Supplies | 167.86 |
|   Payroll Expenses | 864.29 |
|     P/R Taxes | 26,633.57 |
|     Payroll | 971.20 |
|       Commission | 5,846.42 |
|       Garnishment | 25.20 |
|     **Total Payroll** | **$ 6,842.82** |
|   **Total Payroll Expenses** | **$ 34,340.68** |
|   Petty Cash | 2,895.95 |
|   Postage and Delivery | 45.61 |
|   Professional Fees | 7,951.25 |
|     cc processing | 210.00 |
|   **Total Professional Fees** | **$ 8,161.25** |
|   Repair & Maintenance Expense | 26,338.24 |
|   Telephone Expense | 951.64 |
|   Translator Expense | 97.64 |
|   Travel Expense | 18,912.35 |
|   Utilities | 2,371.66 |
| **Total Expenses** | **$ 234,886.86** |

| | | |
|---|---|---|
| **Net Operating Income** | $ | 86,797.03 |
| **Net Income** | $ | 86,797.03 |